# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Deborah Davis, *et al.*, | : |
| | : Civil Action No.: 1:19-cv-06686 |
| Plaintiffs, | : |
| v. | : |
| Ford Motor Company, | : |
| Defendant. | : |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel as follows that, pursuant to FRCP 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice and without costs to any party. All rights to appeal are waived.

| Deborah Davis, *et al.*, | Ford Motor Company |
|---|---|
| /s/ Sergei Lemberg | /s/ Edward E. Fu |
| Sergei Lemberg, Esq. | Edward E. Fu, Esq. |
| LEMBERG LAW, LLC | Donohue Brown Mathewson & Smyth, LLC |
| 43 Danbury Road, 3rd Floor | 140 S. Dearborn Street, Suite 800 |
| Wilton, CT 06897 | Chicago, IL 60603 |
| (203) 653-2250 | (312) 422-0900 |
| Attorney for Plaintiffs | Attorney for Defendant |

_____

SO ORDERED

## **CERTIFICATE OF SERVICE**

       I hereby certify that on January 27, 2021, a true and correct copy of the foregoing Stipulation of Dismissal was served electronically by the U.S. District Court for the Northern District of Illinois Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                         By  /s/ Sergei Lemberg

                                              Sergei Lemberg